# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

ALFREDA KECK & DEVON KECK,

    Plaintiffs,

v.     Case No. 07-CV-11042

GRAHAM HOTEL SYSTEMS, INC.,

    Defendant.
    _____/

## ORDER STATING THAT THE COURT IS DISPOSED TO GRANT THE PARTIES' "JOINT MOTION FOR RELIEF FROM JUDGMENT"

So that the parties can effectuate a global settlement of all pending issues, the court is disposed to grant the parties' "Joint Motion for Relief from Judgment" pursuant to Federal Rule of Civil Procedure 60(b).  *See First Nat'l Bank of Salem, Ohio v. Hirsch*, 535 F.2d 343, 346 (6th Cir. 1976).

      S/Robert H. Cleland
      ROBERT H. CLELAND
      UNITED STATES DISTRICT JUDGE

Dated:  November 17, 2009

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, November 17, 2009, by electronic and/or ordinary mail.

      s/Lisa G. Wagner
      Case Manager and Deputy Clerk
      (313) 234-5522